THE MAYOR AND COMMON COUNCIL OF THE CITY OF HOBO-KEN, appellants,

*v.*

JOHN M. SHANNON et al., respondents.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Shannon* v. *Hoboken, 10 Stew. Eq. 123.*

Gove *v.* Colborn.

*Mr. W. S. Stuhr*, for appellants.

*Mr. J. B. Vredenburgh*, for respondents.

PER CURIAM.

This decree unanimously affirmed for the reasons given by Vice-Chancellor Van Fleet.